**DUCTCAP PRODUCTS, INC., Plaintiff–Appellant,**

v.

**J & S FABRICATION, INC., Defendant–Appellee,**

and

**Randy W. Smith, Defendant.**

No. 2010–1158.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Jeffrey C. Brown, Jeffrey C. Brown, PLLC, Minneapolis, MN, for Plaintiff–Appellant.

Robert J. Gilbertson, Greene, ESPEL, P.L.L.P., Minneapolis, MN, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).